920

ULTRAMERCIAL, LLC and Ultramercial, Inc., Plaintiffs–Appellants,

v.

HULU, LLC, Defendant–Appellee,

and

Wildtangent, Inc., Defendant–Appellee.

No. 2010–1544.

United States Court of Appeals, Federal Circuit.

March 11, 2011.

Julie P. Samuels, Electronic Frontier Foundation, San Francisco, CA, for Amicus Curiae.

Darin W. Snyder, Luann L. Simmons, Nora M. Puckett, O'Melveny & Myers LLP, San Francisco, CA, for Defendant–Appellee.

Lawrence M. Hadley, Mieke Katherine Malmberg, McKool Smith Hennigan, P.C., Hazim Ansari, Hennigan Dorman LLP, Los Angeles, CA, for Plaintiffs–Appellants.

Gregory C. Garre, Richard P. Bress, Katherine Twomey, Latham & Watkins LLP, Washington, DC, Richard G. Frenkel, Lisa Kim Anh Nguyen, Latham & Watkins LLP, Menlo Park, CA, for Defendant–Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Darren FUSARO, Barbara Eike, Gregory E. Scott, Tony Mucker, Laurence M. Reisland, Sylvia Jones, Lizabeth Perez, Paul Quinlan, Richard Deluca, Sandra Gemeinhardt, Jackson Chan, John Abbey, Jeffrey Mayhew, Ella Brooks, Jose Flores, William Van Alkenburg, Arby Pickett, Stanley Panikowski, Charles Scull, Jake Debruin, Pat Compton, and Gerard Woodruff, Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–Appellant.

No. 2011–5023.

United States Court of Appeals, Federal Circuit.

March 16, 2011.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).